MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: DAVID LOKEN CONSTRUCTION INC

Chapter 7 Case No. 07-30592-GFK

Please Check One:

[ X ]   Unclaimed Dividends

[   ]   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CAPITAL ONE NA<br>PO BOX 85140<br>RICHMOND VA 23285-5140 | 3 | 73,838.04 | 20,000.00 |

Date: May 28, 2010

Michael J. Iannacone, TRUSTEE

